UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JASON ALLEN EVANS,

       Plaintiff,

                                   CASE NO. 4:26-cv-10973
v.                                HONORABLE F. KAY BEHM

KEITH STERLY,

       Defendant.

_____/

### JUDGMENT

The above-entitled matter having come before the Court on a pro se civil rights complaint, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.


Dated:  March 31, 2026              s/F. Kay Behm
                                       F. Kay Behm
                                     United States District Judge